

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMEL K. MANNING,

        Plaintiff,

-against-

MIGUEL A. FUENTES JR., et al.,

        Defendants.

20-CV-9704 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's telephonic status conference, the deadlines provided in this Court's Initial Case Management Order dated May 3, 2021 (Dkt. No. 25) and the Court's Order dated July 15, 2021 (Dkt. No. 28) are EXTENDED as follows:

1. <u>Written Discovery</u>. Plaintiff shall serve his written responses and objections (if any) to defendants' interrogatories and document requests, and produce all responsive documents as to which no objection is asserted, no later than **October 18, 2021**.

2. <u>Depositions and Additional Fact Discovery</u>. All remaining fact discovery, including depositions, shall be completed no later than **December 3, 2021**.

3. <u>Status Conference</u>. The next telephonic status conference is scheduled for **November 15, 2021, at 10:00 a.m**., before Judge Moses. At that time, the parties shall dial (888) 557-8511 and enter the access code 7746387. No later than **November 8, 2021**, defendants shall submit a status letter, after consultation with the plaintiff, outlining the progress of discovery to date, as well as any settlement efforts.

4. <u>Rule 41(b)</u>. Plaintiff is again reminded that it is his obligation to prosecute his case in a timely manner, to comply with all Court orders, including those setting discovery deadlines, and to attend all court conferences and other proceedings scheduled by the Court. Should he fail to do so, the case may be dismissed, in whole or in part, pursuant to Fed. R. Civ. P. 41(b).

Dated: New York, New York
       October 4, 2021

                            **SO ORDERED**.

                            _____
                            **BARBARA MOSES**
                            **United States Magistrate Judge**